FILED

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

U.S. DISTRICT COURT
N.D. OF N.Y.

FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

FEB 27 2003

★

FEB 07 2003

LONG ISLAND OFFICE

====================================================

GARY FRAZIER,

CV 03 1077

Plaintiff,

LAWRENCE K. BAERMAN, CLERK
ALBANY

-v.-

9:03-CV-0105
(FJS)(RFT)

RONALD REITER, S.C. Police Officer; JOSEPH
GUIDO, S.C. Police Officer; CALATO, S.C. Police
Officer,

SEYBERT, J.
LINDSAY, M.

Defendants.

====================================================

APPEARANCES:

GARY FRAZIER
Plaintiff, *pro se*
02-R-2753
Livingston Correctional Facility
P.O. Box 1991
Route 36, Sonyea Road
Sonyea, New York 14556-1991

RECEIVED

FEB 27 2003

PRO SE OFFICE

RANDOLPH F. TREECE, MAGISTRATE JUDGE

## ORDER

The Clerk has sent to the Court for review a civil rights complaint filed by Gary Frazier ("plaintiff" or "Frazier"). Frazier is presently confined at Livingston Correctional Facility.

In his *pro se* complaint, Frazier alleges that on September 26, 2001, he was wrongfully assaulted by Suffolk County police officers. For a more complete statement of plaintiff's claims, reference is made to the entire complaint.

Since the acts complained of herein relate to conduct that allegedly occurred in Suffolk County, New York, which is located in the Eastern District of New York, this Court hereby transfers the instant action to that District. *See* 28 U.S.C. § 1404.



This Court makes no ruling as to plaintiff's *in forma pauperis* application and counsel motion, thereby leaving those determinations to the Eastern District of New York.

WHEREFORE, it is hereby

ORDERED, that the Clerk transfer this matter to the United States District Court for the Eastern District of New York pursuant to Local Rule 83.6(a) of the Northern District of New York, and it is further

ORDERED, that ten (10) days after the date of the service of this Order, the Clerk mail to the Clerk of the Eastern District of New York certified copies of this Order, the docket entries in this case, and the originals of all papers on file in this case except for the instant Order, and it is further

ORDERED, that the Clerk serve a copy of this Order on the plaintiff by regular mail.

IT IS SO ORDERED.

Dated: _February 7_ , 2003

_____
Randolph F. Treece
U.S. Magistrate Judge

U.S.D.C. FOR THE NORTHERN DISTRICT OF NEW YORK
I, the undersigned Clerk of the Court, do hereby certify that this is a true, correct and full copy of the original document on file in my custody.
# of pages (text) 2   # of pages including (exhibits) 2
Dated 2/25/03   Lawrence K. Baerman, Clerk
by Deputy Clerk